IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-00751-RBJ

STEPHANIE THOMPSON, individually and on behalf
of and as next friend of Finn Thompson, a minor; and
FINN THOMPSON, a minor, through his parent and next
friend Stephanie Thompson,

    Plaintiffs,

v.

CRAIG ZUCKER,

    Defendant.

## ORDER RE: PLAINTIFFS' MOTION FOR LEAVE TO PURSUE SUBSTITUTED SERVICE ON CRAIG ZUCKER

This matter is before the Court on Plaintiffs' Motion for Leave to Pursue Substituted Service on Craig Zucker, the Court now grants the motion. It is hereby ordered that Plaintiffs are authorized to deliver the Summons and Complaint to Timothy Mullin and that Plaintiffs are accordingly ordered to mail the Summons and Complaint to Timothy Mullin at Miles & Stockbridge, 100 Light Street, Baltimore, MD 21202.

DATED this 17th day of March, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge