IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-00751-RBJ

STEPHANIE THOMPSON, individually and on behalf
of and as next friend of Finn Thompson, a minor; and
FINN THOMPSON, a minor, through his parent and next
friend Stephanie Thompson,

    Plaintiffs,

v.

CRAIG ZUCKER, a citizen of New York,

    Defendant.

---

ORDER APPROVING SETTLEMENT

---

The Court has reviewed the Report and Recommendations of the Guardian ad Litem at ECF No. 45. The Court finds from the report that the GAL's investigation appears to have been quite thorough. The Court further finds that, based upon the facts reported, the GAL's recommendations are reasonable and appear to be in the best interest of the child. In addition, the Court finds that the child's mother has indicated her agreement with the recommendations. The mother demonstrated her care and concern for the welfare of the child throughout the ordeal, and the Court has no reason whatever to doubt that she has in the past and will continue in the future to act in the best interest of the child. Accordingly, the Court accepts the recommendations of the GAL, directs that they be implemented, approves the settlement, and vacates the hearing set October 17, 2014. The Court is satisfied that there is no need for a

2

hearing, and that it would be wasteful of time and resource in the circumstances. The Court appreciates the GAL's work on this matter.

DATED this 6th day of October, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge